UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNSELOR VELLA, et al.,<br><br>    Defendants. | 1:06-CV-00562-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE<br>(DOCUMENT #5) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 26, 2006, plaintiff filed a motion to extend time to pay the $350.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to pay the $350.00 filing fee for this action.

IT IS SO ORDERED.

**Dated:   June 19, 2006**             **/s/  William M. Wunderlich**
j14hj0             UNITED STATES MAGISTRATE JUDGE