IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

      Plaintiff,                                    CV F 06 0562 AWI WMW   P

  vs.                                              ORDER

M. VELLA, et al.,

      Defendants.

On June 19, 2006, Plaintiff was granted an extension of time of thirty days in which to submit the $350 filing fee for this action. On June 30, 2006, Plaintiff filed a notice of change of address, indicating his transfer to another prison facility. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to submit the filing fee for this action.

IT IS SO ORDERED.

**Dated:**   **July 7, 2006**                    /s/ William M. Wunderlich
j14hj0                                      UNITED STATES MAGISTRATE JUDGE

1