IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                                   CV F 06 0562 AWI WMW   P

   vs.                                          ORDER

M. VELLA, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      Plaintiff, an inmate in the custody of the California Department of Corrections at California State Prison Sacramento, brings this civil rights action against various administrative officials and correctional officials employed by the California Department of Corrections. Plaintiff also names two inmates as defendants.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section of the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief

may be granted, unless the prisoner is in imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Thomas v. Stockman, CV F 99 6665 REC DLB P; Thomas v. Galaza, CV F 00 5346 AWI DLB P; Thomas v. Galaza, CV F 00 5348 OWW LJO P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is imminent danger of serious physical injury.

Here, Plaintiff appears to challenge his placement in segregated housing based upon validation as a gang member, and challenges a settlement entered in to by certain inmates regarding gang classification. Plaintiff does not, however, allege any facts indicating that he is in imminent danger of serious physical injury. Plaintiff is therefore not entitled to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma is denied.

2. Plaintiff is directed to submit the $350 filing fee in full within thirty days. Plaintiff's failure to do so will result in a recommendation that this action be dismissed, without prejudice, for his failure to do so, pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   September 1, 2006**            **/s/  William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE

2