IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

      Plaintiff,                              CV F 06 0562 AWI WMW   P

  vs.                                       ORDER RE MOTION (DOC 3 )

M. VELLA, et al.,

      Defendants.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an amended complaint.   On October 12, 2006, findings and recommendations were entered, recommending dismissal for failure to obey a court order to pay the filing fee in full.  The recommendation was based on a review of the original complaint. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint once, so long as a responsive pleading has not been filed.   No responsive pleading has been filed in this case.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The October 12, 2006, findings and recommendations are vacated.

        2. Plaintiff's motion for leave to file an amended complaint is granted.  Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   December 20, 2006**                              **/s/  William M. Wunderlich**
mmkd34                                                         UNITED STATES MAGISTRATE JUDGE

2