IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,

vs.

M. VELLA, et al.,

    Defendants.

_____/

CV F 06 0562 AWI WMW P

ORDER RE: FINDINGS & RECOMMENDATIONS (#25)

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 15, 2007, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis.  Plaintiff was provided an opportunity to file objections within thirty days.  On February 26, 2007, Plaintiff filed a response to the objections.  Plaintiff contends that he is unable to pay the filing fee, and that he is entitled to damages for his placement in the Security Housing Unit.  Plaintiff has not overcome the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.  Plaintiff has failed to allege facts indicating that he is in imminent danger of serious physical injury, and as such, Plaintiff is not entitled to proceed in forma pauperis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 15, 2007, are adopted in full; and
2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).
3. Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee for this action in full.  Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   April 11, 2007**               **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE