IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

        Plaintiff,                           1: 06-CV- 0562 AWI WMW   P

   vs.                                 ORDER DISMISSING ACTION

M. VELLA, et al.,

        Defendant.

_____/

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

       On February 15, 2007, Findings and Recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g), and Plaintiff be directed to pay the filing fee in full.  On April 11, 2007, the Findings and Recommendations were adopted in full, denying Plaintiff's application to proceed in forma pauperis and directing Plaintiff to pay the $350 filing fee, in full, within thirty days.

       Plaintiff has not paid the filing fee.   On April 30, 2007, Plaintiff filed a document titled as objections to the findings and recommendations.  The time for filing objections expired on March 15, 2007.  In his objections, Plaintiff contends that in the approximately 60 cases that

he has filed and have been dismissed, he was not given leave to allege facts to state a claim.

Plaintiff has been denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  Therefore, Plaintiff may not proceed in forma pauperis unless he has alleged facts indicating that he is in imminent danger of serious injury.  Plaintiff has not done so in this case. A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action or failure to obey a court order.  See, e.g., Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint).   The April 11, 2007, order directing Plaintiff to pay the filing fee cautioned Plaintiff that his failure to do so would result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Local Rule 11-110  for failure to pay the filing fee.

IT IS SO ORDERED.

**Dated:   July 27, 2007**            /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE

2